JAMES FREELAND and others, plaintiffs in error, v. JAMES McCULLOUGH, defendant in error. This cause was submitted, without argument, to abide the event of the decision in the case of *Corning & Horner* v. *McCullough* above mentioned. The same question being involved. *Judgment reversed and judgment for the plaintiff on the demurrer to the defendant's second plea.* GEO. BOWMAN for plaintiffs in error, J. C. SMITH, for defendant in error.

WILLIAM G. WOOD, executor &c., plaintiff in error, v. GEORGE WEIANT and others, defendants in error.—*Judgment affirmed.* H. S. DODGE, for plaintiff in error, A. TABER, for defendant in error. This was an action of trespass for cutting timber, &c. The question was mainly one of boundary. The question upon which judgment was affirmed, was, as to the sufficiency of the proof or acknowledgment of a deed offered to be read in evidence. (Reported 1 Comst. 77.)

ELMER D. JENCKS, plaintiff in error, v. ISRAEL SMITH, defendant in error. *Judgment of the Supreme Court reversed, and that of the Common Pleas affirmed.* HENRY G. WHEATON, for plaintiff in error, WM. J. HOUGH, for defendant in error. This was an action of trespass, brought before a justice of the peace, by Smith against Jencks, for taking a quantity of hay, which Jencks claimed by virtue of a chattel mortgage. The questions were, as to the lien of the mortgage—being given upon the grass when growing. And whether the mortgage was properly executed. (Reported 1 Comst. 90.)

SYLVANUS H. HENRY, impleaded with OLIVER B. PIERCE, plaintiffs in error, v. THE PRESIDENT OF THE BANK OF SALINA, defendants in error. *Judgment affirmed.* WM. J. HOUGH, for plaintiff in error, N. HILL, Jr. and GEORGE F. COMSTOCK, for defendants in error. This was an action of assumpsit brought by the Bank of Salina against Henry & Pierce upon a promissory note signed by Pierce as principal and Henry as surety, payable to the bank and not negotiable. The defence was usury. The question was, as to the privilege of the principal witness, from testifying on the question of usury. (Reported 1 Comst. 83.)